1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Samuel Alschuler* and *Mr. Charles R. Holden* for petitioner. *Mr. John F. Dillon, Mr. Harry Hubbard* and *Mr. C. B. Masslich* for respondent.

No. 597. CHARLES M. SMITH, SR., ET AL., PETITIONERS, *v.* THE UNITED STATES. February 24, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. S. Worthington* and *Mr. R. B. Oliver* for petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Russell* for respondent.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM JANUARY 7 TO FEBRUARY 24, 1908.

No. 108. JOHN H. PHILLIPS ET AL., PLAINTIFFS IN ERROR, *v.* W. E. BARRETT ET AL. In error to the Supreme Court of Appeals of the State of Virginia. January 10, 1908. Dismissed with costs, pursuant to the tenth rule. *Mr. R. M. Hudson* for plaintiffs in error. *Mr. Jno. W. Friend* for defendants in error.

No. 126. MODASTO MUNITIZ AGUIRRE, APPELLANT, *v.* SOBRINOS DE EZQUIAGA. Appeal from the Supreme Court of Porto Rico. January 15, 1908. Dismissed with costs, pursuant to the tenth rule. *Mr. Charles Hartzell* for appellant. *Mr. John Maynard Harlan* for appellee.

No. 127. MODESTO MUNITIZ AGUIRRE, APPELLANT, *v.* SOBRINOS DE EZQUIAGA. Appeal from the Supreme Court of

Porto Rico.   January 16, 1908.   Dismissed with costs, pursuant to the tenth rule.   *Mr. Charles Hartzell* for appellant. *Mr. John Maynard Harlan* for appellee.

---

No. 278. JOSE DOLORES MARQUEZ ET AL., APPELLANTS, *v.* THE MAXWELL LAND GRANT COMPANY.   Appeal from the Supreme Court of the Territory of New Mexico.   January 16, 1908.   Dismissed with costs on motion of counsel for appellants. *Mr. Frank W. Clancy* and *Mr. George P. Merrick* for appellants. No appearance for appellee.

---

No. 149. GUY LE ROY STEVICK, RECEIVER, ETC., PLAINTIFF IN ERROR, *v.* THE NATIONAL BANK OF NORTH AMERICA IN NEW YORK.   In error to the Circuit Court of the United States for the District of Colorado.   January 29, 1908.   Dismissed with costs, pursuant to the tenth rule.   *Mr. T. J. O'Donnell* for plaintiff in error.   *Mr. Bronson Winthrop* for respondent.